UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| G&G CLOSED CIRCUIT EVENTS, LLC | § § § | |
| v. | § § | CIVIL ACTION NO. 4:24-CV-00394-SDJ-AGD |
| ANGELICA MARTINEZ, Individually and, d/b/a TAQUERIAS EL GUERO, d/b/a Q'RICKOS TACOS | § § § § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Before the Court is the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 9, 2026, the Report of the Magistrate Judge, (Dkt. #12),[1] was entered containing proposed findings of fact and recommendation that Plaintiff G&G Closed Circuit Events, LLC's Motion for Default Judgment and Brief in Support, (Dkt. #10), be granted and that Plaintiff should recover the following:

1. Statutory damages in the amount of Two Thousand Six Hundred Fifty Dollars ($2,650) pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II);

---

[1] To the extent that the Report, (Dkt. #12), cites to the original Clerk's Entry of Default, (Dkt. #9), the Court notes that references to the original entry in the Report are hereby supplemented with the Corrected Clerk's Entry of Default, (Dkt. #13). Moreover, because the original Clerk's Entry of Default relied on Plaintiff's attorney's affidavit specifically identifying the Defendant as being in default, *see* (Dkt. #8), and because Defendant is the sole defendant in this case, the Court agrees with the Clerk that the inadvertent omission of Defendant's name in the original entry does not render it deficient. *See* (Dkt. #13). Therefore, for purposes of this action, default was entered against the Defendant on April 30, 2025, and Plaintiff's motion for default judgment, (Dkt. #10), and the Magistrate Judge's Report were properly filed thereafter. *See generally New York Life Ins. Co. v. Brown*, 84 F.3d 137, 141 (5th Cir. 1996) ("After defendant's default has been entered, plaintiff may apply for a judgment based on such default.").

1

2. Willfulness damages in the amount of Seven Thousand Nine Hundred Fifty Dollars ($7,950) pursuant to 47 U.S.C. § 605(e)(3)(C)(ii);

3. Attorney's fees to represent one-third of the damages recovered for a total amount of Three Thousand Five Hundred Thirty Three Dollars ($3,533);

4. Court costs and post-judgment interest on the amounts awarded in the Judgment at the appropriate annual rate calculated from the date of the Judgment until paid; and

5. Conditional award of attorney's fees from Defendant in the following circumstances:

   a. Ten Thousand Dollars ($10,000) in the event Defendant files a motion to vacate, Rule 60 motion, motion for new trial, motion for reconsideration or other post-judgment, pre-appeal motion that does not result in a reversal of the Judgment obtained in this action;

   b. Twenty Five Thousand Dollars ($25,000) in the event Defendant files an appeal to the Fifth Circuit Court of Appeals that does not result in a reversal of the Judgment obtained in this action;

   c. Five Thousand Dollars ($5,000) in the event Defendant files a motion for rehearing or reconsideration in the Court of Appeals that does not result in a reversal of the Judgment obtained in this action;

   d. Twenty Five Thousand Dollars ($25,000) for making and/or responding to a petition for certiorari to the United States Supreme Court that does not result in a reversal of the Judgment obtained in this action;

   e. Seventy Five Thousand Dollars ($75,000.00) for an appeal to the United States Supreme Court in the event a petition for certiorari review is granted and does not result in a reversal of the Judgment obtained in this action; and

   f. For collection of the Judgment, Two Thousand Five Hundred Dollars ($2,500) each time Plaintiff obtains a writ of execution,

2

writ of garnishment, writ of attachment or other post-judgment writ.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff G&G Closed Circuit Events, LLC's Motion for Default Judgment and Brief in Support, (Dkt. #10), is **GRANTED** and that Plaintiff shall recover as follows:

1. Statutory damages in the amount of Two Thousand Six Hundred Fifty Dollars ($2,650) pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II);

2. Willfulness damages in the amount of Seven Thousand Nine Hundred Fifty Dollars ($7,950) pursuant to 47 U.S.C. § 605(e)(3)(C)(ii);

3. Attorney's fees to represent one-third of the damages recovered for a total amount of Three Thousand Five Hundred Thirty Three Dollars ($3,533);

4. Court costs and post-judgment interest on the amounts awarded in the Judgment at the appropriate annual rate calculated from the date of the Judgment until paid; and

5. Conditional award of attorney's fees from Defendant in the following circumstances:

   a. Ten Thousand Dollars ($10,000) in the event Defendant files a motion to vacate, Rule 60 motion, motion for new trial, motion for reconsideration or other post-judgment, pre-appeal motion that does not result in a reversal of the Judgment obtained in this action;

   b. Twenty Five Thousand Dollars ($25,000) in the event Defendant files an appeal to the Fifth Circuit Court of Appeals

that does not result in a reversal of the Judgment obtained in this action;

c.  Five Thousand Dollars ($5,000) in the event Defendant files a motion for rehearing or reconsideration in the Court of Appeals that does not result in a reversal of the Judgment obtained in this action;

d.  Twenty Five Thousand Dollars ($25,000) for making and/or responding to a petition for certiorari to the United States Supreme Court that does not result in a reversal of the Judgment obtained in this action;

e.  Seventy Five Thousand Dollars ($75,000.00) for an appeal to the United States Supreme Court in the event a petition for certiorari review is granted and does not result in a reversal of the Judgment obtained in this action; and

f.  For collection of the Judgment, Two Thousand Five Hundred Dollars ($2,500) each time Plaintiff obtains a writ of execution, writ of garnishment, writ of attachment or other post-judgment writ.

**So ORDERED and SIGNED this 27th day of March, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE

4